```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., JOHN
WILEY & SONS, INC., CENGAGE
LEARNING, INC., and THE MCGRAW-
HILL COMPANIES, INC.,

                Plaintiffs,

    v.

GURBY ANGLADE and DARLING
BARRERA, both d/b/a TBSM Shop d/b/a
SMTB Shop, and JOHN DOES 1-5,

                Defendants.

**ORDER**

12 Civ. 2682 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that there will be a conference in this matter on

**December 21, 2012 at 10:00 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated: New York, New York
         October 16, 2012

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge